**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00001-CV

**THE GOODYEAR TIRE & RUBBER COMPANY, Appellant**

**V.**

**VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT,** Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03294-E**

## ORDER

The Court is in receipt of court reporter Vikki Ogden's August 28, 2015 letter stating she is trying to avoid rejection of the reporter's record because volume 2, the record of the MDL pretrial hearing held in Houston and prepared by court reporter Alexandra McMillen, has an incorrect volume number on the cover page and "no exhibit index of the hearing." To the extent Ms. Ogden, as the official court reporter for County Court at Law No. 5, seeks an extension of time so that she may ensure all volumes comply with the filing requirements, we **GRANT** the extension and **ORDER** the reporter's record be filed no later than September 4, 2015. No further extensions will be granted and we again caution Ms. Ogden that failure to timely file the

record, originally due February 2, 2015, *may result in an order she not sit as a court reporter until the record is filed.*

/s/     CRAIG STODDART
JUSTICE